Argued and submitted February 5, reversed and remanded for reconsideration
March 10, 1999

## OREGON OCCUPATIONAL SAFETY AND HEALTH DIVISION,
*Petitioner,*

*v.*

## B & G EXCAVATING,
*Respondent.*

## (SH95176; CA A101912)

976 P2d 574

Jas. Jeffrey Adams, Assistant Attorney General, argued the cause for petitioner. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

No appearance for respondent.

Before Warren, Senior Judge pro tempore, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

The Oregon Occupational Safety and Health Division (OSHD) seeks remand of a decision by an administrative law judge (ALJ) in which she ruled, as a matter of law, that a supervisor's knowledge of a serious violation of a state occupational safety rule could not be imputed to the supervisor's employer for the purpose of the imposition of a penalty under ORS 654.086. The ALJ relied on our opinions in *OR-OSHA v. Tom O'Brien Construction Co., Inc.*, 148 Or App 453, 941 P2d 550, *rev allowed* 326 Or 151 (1997), and *OR-OSHA v. Don Whitaker Logging, Inc.*, 148 Or App 464, 941 P2d 1025, *rev allowed* 326 Or 151 (1997), for that proposition. Contrary to the ALJ's understanding, we held in those cases that, when a supervisor commits a violation, OAR 437-001-0760(3)(c) does not *require* that the supervisor's knowledge of that violation be imputed to the employer. Our holdings do not *preclude* the imputation of a supervisor's knowledge of a violation to an employer under every circumstance.

Reversed and remanded for reconsideration.